UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LARRY CROSS,

        Plaintiff,

   v.

VILLAGE OF COOPERSTOWN, OTSEGO
COUNTY, and DAVID WEST,

        Defendants.

6:04-CV-0501
(FJS/GHL)

APPEARANCES:

LARRY CROSS
Plaintiff *Pro Se*

KONSTANTY LAW OFFICE
Counsel for Defendants Otsego County and David West
252 Main Street
Oneonta, NY 13820

SMITH SOVIK KENDRICK & SUGNET, P.C.
Counsel for Defendant Village of Cooperstown
250 South Clinton Street, Suite 600
Syracuse, NY 13202-1252

OF COUNSEL:

JAMES E. KONSTANTY, ESQ.

JAMES W. CUNNINGHAM, ESQ.

GEORGE H. LOWE, United States Magistrate Judge

## ORDER

The docket for this matter indicates that several motions by Plaintiff have not been
decided.  *See* Dkt. Nos. 46, 47, 51, and 52.  Since the issues raised by these motions are moot, I
deny them.

**ORDERED**, that Plaintiff's various motions (Dkt. Nos. 46, 47, 51, and 52) are **denied** as
moot.

Dated: November 2, 2005
     Syracuse, New York

George H. Lowe
United States Magistrate Judge